IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

KEITH FAULKNER,                )
                               )
        Plaintiff,              )
                               )
v.                             ) Civ. No. 05-024-JJF
                               )
JIM RUSSELL, and M. DAVIS      )
& SONS,                        )
                               )
        Defendants.            )

**ORDER**

WHEREAS, the plaintiff filed a complaint and requested leave to proceed in forma pauperis pursuant to 28 U.S.C. § 1915;

WHEREAS, on February 7, 2005, the Court entered an order denying leave to proceed in forma pauperis based on plaintiff's annual income (D.I. 4);

WHEREAS, the Court ordered the plaintiff to pay the $150 filing fee within thirty (30) days from the date the order was sent or the case would be dismissed;

WHEREAS, to date, payment has not been received from the plaintiff;

THEREFORE, at Wilmington this __1__ day of __April__, 2005, IT IS HEREBY ORDERED that the plaintiff's complaint is DISMISSED WITHOUT PREJUDICE.

United States District Judge